<u>**CV 25-5124(SJB) Heli's Gold Beauty v. Perfume Worldwide**</u>

# SCHEDULING ORDER

## DEADLINES & COURT APPEARANCES

June 5, 2026          : Exchange of Rule 26(a)(1) disclosures

June 5, 2026          : Service of first interrogatories and document demands

July 20, 2026         : Responses to first interrogatories and document demands

September 3, 2026   : Motions to join new parties or amend the pleadings

**8/24/26 at 10:15 am:**   Status conference in courtroom 820

12/31/26              : Completion of depositions

2/1/27                : Identification of case-in-chief experts and service of Rule 26 disclosures

3/1/27                : Identification of rebuttal experts and service of Rule 26 disclosures

4/1/27                : Commencement of summary judgment motion practice.    :

**5/5/27 at 10:00 am :**     Pretrial conference in courtroom 820