**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE**
**MINUTE ORDER**

BEFORE: STEVEN I. LOCKE
U.S. MAGISTRATE JUDGE

DATE: 10/22/26
TIME: 10:30 am

CASE: **CV 25-5124(SJB) - Heli's Gold Beauty v. Perfume Worldwide**
TYPE OF CONFERENCE: STATUS FTR: 10:47-10:54

APPEARANCES:
For Plaintiff: Benjamin Baker

For Defendant: Matthew Lee

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order [ ] submitted by the parties.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒ Other: Status conference held. The motion to compel, DE [26], is denied without prejudice to be refiled once the Court rules on defense counsel's motion to withdraw, oral argument for which will be held on December 2, 2026 at 9:30am. Plaintiff's counsel need not appear at that hearing and may file a letter via ECF so stating.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

12/2/26 at 9:30 am: Oral Argument

SO ORDERED

/s/Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge